UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Applicant,<br><br>v.<br><br>NEW VISTA NURSING HOME AND REHABILIATION CENTER,<br><br>AND<br><br>JASINSKI, P.C.,<br><br>Respondents. | No. 2:22-cv-04702-KM-CLW<br><br>Motion Day:<br>August 15, 2022 |

RECOMMENDATION ENFORCING SUBPOENAS

Upon consideration of the application for enforcement of administrative subpoenas by the National Labor Relations Board (the "Board"), and the responses thereto,

**IT IS HEREBY RECOMMENDED** that the Board's Application be **GRANTED** and that the subpoenas be **ENFORCED** in their entirety.

**IT IS FURTHER RECOMMENDED** that:

I.   Respondent New Vista Nursing Home and Rehabilitation Center:

   a) Provide all documents required by Subpoena Duces Tecum No. B-1-1FD6UE7, within fourteen (14) calendar days of entry of a final order, or by another date set by the Board, by email directed to

    amanda.leonard@nlrb.gov or by mail directed to the Board's Contempt, Compliance, & Special Litigation Branch, located at 1015 Half Street, SE, 4th Floor, Washington, D.C. 20003.

  b) Appear for a deposition required by Subpoena No. A-1-1FFS45D, no later than twenty-eight (28) days following issuance of a final order, or at another date and time to be set by the Board, at 20 Washington Place, 5th Floor, Newark, NJ 07102-3110.

II. Respondent Jasinski, P.C. shall:

  a) Provide all documents required by Subpoena Duces Tecum No. B-1-1FFSTP3, within fourteen (14) calendar days of entry of a final order, of by another date set by the Board, by email directed to amanda.leonard@nlrb.gov or by mail directed to the Board's Contempt, Compliance, & Special Litigation Branch, located at 1015 Half Street, SE, 4th Floor, Washington, D.C. 20003.

  b) Appear for a deposition required by Subpoena No. A-1-1FFTRA9, no later than twenty-eight (28) days following issuance of a final order, or at another date and time to be set by the Board, at 20 Washington Place, 5th Floor, Newark, NJ 07102-3110.

III. Respondents New Vista Nursing & Rehabilitation Center and Jasinski, P.C. shall jointly and severally pay to the Board its costs and attorney fees incurred in preparing and litigating this motion, in an amount to be determined by this Court.

Pursuant to Fed. R. Civ. P. 59(b)(2) and L. Civ. R. 72.1(c)(2), a party has fourteen days from the date of service of this recommendation to file and serve objections thereto. *See also* 28 U.S.C. § 636.

Dated this 11th day of August 2023.

*s/ Cathy L. Waldor*
CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE